THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* HARRY ZIERLER, Appellant.

*Crimes — knowingly making false financial statement — judgment of conviction affirmed.*

*People* v. *Zierler,* 220 App. Div. 825, affirmed.

(Submitted December 16, 1927; decided January 10, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 17, 1927, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of knowingly making a false financial statement in violation of section 1293-b of the Penal Law.

*Bennett E. Siegelstein* for appellant.

*Joab H. Banton, District Attorney* (*William B. Moore* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

JOSEPH B. GIBLYN, Appellant, *v.* DOWNEY SHIPBUILDING CORPORATION, Respondent.

(Submitted January 9, 1928; decided January 17, 1928.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 246 N. Y. 507.)